UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| RUSSELL BARNETT FORD OF TULLAHOMA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>H&S BAKERY, INC. d/b/a H&S BAKERY and JONBER ASSOCIATES, INC.,<br><br>    Defendants. | Case No. 4:18−cv−00030−CLC−CHS<br><br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective counsel, stipulate to the dismissal, with prejudice, of all remaining claims in this action, including those filed against Defendant Jonber Associates, Inc. (Docket No. 1), as well as those filed against Plaintiff Russell Barnett Ford of Tullahoma, Inc. asserted in Defendant's Counterclaim (Docket No. 38).

DATED: September 4, 2020.

Respectfully submitted,

*s/ Clifton N. Miller*
Clifton N. Miller
Erica R. Marino
Henry, Mccord, Bean, Miller,
Gabriel & Labar, P.L.L.C.
300 North Jackson Street
Tullahoma, TN 37388
Tel.: 931.455.9301
cmiller@henry-mccord.com
emarino@henry-mccord.com

*Attorneys for Plaintiff Russell Barnett Ford of Tullahoma, Inc.*

s/ Casey L. Miller
E. Todd Presnell, BPR #107521
Casey L. Miller, BPR # #33952
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Tel.: (615) 252-2355
Fax: (615) 252-6355
tpresnell@bradley.com
cmiller@bradley.com

*Attorneys for Defendant Jonber Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record as indicated below:

Clifton N. Miller
Erica R. Marino
Henry, Mccord, Bean, Miller,
Gabriel & Labar, P.L.L.C.
300 North Jackson Street
Tullahoma, TN 37388
Tel.: 931.455.9301
cmiller@henry-mccord.com
emarino@henry-mccord.com

Joe Rebein
Anthony Martinez
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
jrebein@shb.com
amartinez@shb.com

*Attorneys for Plaintiff Russell Barnett Ford of Tullahoma, Inc.*

Matthew Anselm Sodaro Esworthy
BOWIE & JENSEN, LLC
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204
Telephone: (443) 921-4226
esworthy@bowie-jensen.com

*Attorneys for Defendant Jonber Associates, Inc.*

s/ Casey L. Miller
Casey L. Miller